IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LEE ANN DRAKE, et al.**                                                 **PLAINTIFFS**

**V.**                **CIVIL ACTION NO. 5:13-CV-100-KS-MTP**

**SAFEWAY INSURANCE COMPANY**                   **DEFENDANT**

### ORDER

On September 13, 2013, Defendant Safeway Insurance Company filed a Motion to Dismiss [8]. Plaintiffs shall file a response on or before **September 30, 2013**. FED. R. CIV. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Defendant desires to submit a rebuttal, it may do so on or before **October 10, 2013**. FED. R. CIV. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If any party wishes to extend a filing deadline, they must file a motion prior to its expiration. L.U.Civ.R. 7(b)(4). Any party who wants an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and rebuttal memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiffs' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to exceed the allotted number of pages, they must file a motion seeking leave to do so.

SO ORDERED AND ADJUDGED this 16th day of September, 2013.

                                                 *s/ Keith Starrett*
                                     UNITED STATES DISTRICT JUDGE